UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| IN RE: RAYMOND C. BRADBURY AND HEATHER A. BRADBURY<br>DEBTORS. | CASE NO. 12-12104-WCH<br>CHAPTER 13 |
|---|---|

OBJECTION OF OCWEN LOAN SERVICING, LLC AS LOAN SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2005-WMC1, POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2005 TO CONFIRMATION OF THE DEBTORS' CHAPTER 13 PLAN

Now comes Ocwen Loan Servicing, LLC ("Ocwen") as loan servicer for Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005-WMC1, Pooling and Servicing Agreement Dated as of September 1, 2005 ("Deutsche Bank") and files this objection to confirmation of the Debtors' Chapter 13 Plan. In support of its objection, Ocwen states that the Debtors' Plan fails to provide for the full pre-petition mortgage arrears owed to Ocwen as loan servicer for Deutsche Bank. In further support of its objection Ocwen refers the Court to its supporting memorandum of law filed herewith.

Wherefore, Ocwen respectfully requests that the Court:

(1) Deny confirmation of the Debtors' Chapter 13 Plan; and

(2) Grant such further relief as the Court deems just.


Date: August 13, 2012

          Respectfully submitted,
          Deutsche Bank National Trust Company, as Trustee
          for GSAMP Trust 2005-WMC1, Pooling and
          Servicing Agreement Dated as of September 1,
          2005
          by its attorney,

          /s/ Lynn Bouvier Kapiskas
          Lynn Bouvier Kapiskas, Esquire
          RI# 3921
          176 Eddie Dowling Highway, Suite 101
          North Smithfield, RI 02903
          (401) 769-4120
          (Local Counsel)

/s/ Susan W. Cody
Susan W. Cody, Esquire
RI# 6150
Korde & Associates, P.C.
321 Billerica Road, Suite 210
Chelmsford, MA 01824-4100
Tel: (978) 256-1500
bankruptcy@kordeassoc.com
(Primary Counsel)

12-007324 / BK02