Prepared By: Nadine Alvarez
When Recorded Mail To:
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, Florida, 33409
Phone Number: 561-682-8835

ATTORNEY CODE: ▓▓▓
MIN: ▓▓▓▓▓▓▓▓▓▓▓▓▓
MERS Ph.#: (888) 679 – 6377

Received in West Warwick R.I.
Date Mar 01,2012 Time 01:59P
Laurent E. Lamothe, Town Clerk
INST: 00000852
Bk: 2155  Pg:  124

## ASSIGNMENT OF MORTGAGE
### RHODE ISLAND

This ASSIGNMENT OF MORTGAGE from MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.(MERS), as nominee for WMC MORTGAGE CORP., whose address is PO Box 2026 Flint, MI 48501-2026, its successors and assigns, ("Assignor) to DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2005-WMC1, POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2005 whose address is c/o Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409, (Assignee) all its rights, title and interest in and to a certain mortgage duly recorded in the Office of the Public Records of WEST WARWICK TOWN, State of RHODE ISLAND, as follows;

Mortgagor: RAYMOND C. BRADBURY AND HEATHER A. BRADBURY
Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR WMC MORTGAGE CORP.
Document Date: JUNE 09, 2005
Amount: $164,800.00
Recording Date: JUNE 09, 2005
Book/Volume/Docket/Liber: 1609
Page/Folio: 286
Instrument No.: 000004679
Property address: 61 LAFAYETTE STREET, WEST WARWICK, RI
Property described as follows:

**FOR A COMPLETE LEGAL DESCRIPTION SEE ABOVE REFERENCED RECORDED MORTGAGE**

This Assignment is made without recourse, representation or warranty.
IN WITNESS WHEREOF the Assignor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, the 13TH day of FEBRUARY, 2012

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
(MERS)

Signed, sealed and delivered in the presence of:

BY: _____

NAME: Noemi Morales
TITLE: Assistant Secretary

(1) _____
Debra Spruill

(2) _____
Christina T. Daugirdas

STATE OF FLORIDA    )
                    )ss.
COUNTY OF PALM BEACH )

The foregoing instrument was acknowledged before me this 13TH day of FEBRUARY, 2012, by Noemi Morales, Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., on behalf of the corporation. He/She is personally known to me.

Notary Public State of Florida
Krysta Sebastian
My Commission EE050513
Expires 12/20/2014

Notary Public –
State of Florida
Krysta Sebastian